No. 488. ROWLAND *v.* ARKANSAS, 336 U. S. 918. Rehearing denied.

No. 456. PATTERSON *v.* GRAY, 336 U. S. 905. Motion for leave to file petition for rehearing denied.

No. 193, Misc. HALEY *v.* PENNSYLVANIA, 335 U. S. 904. Rehearing denied.

No. 218, Misc. CURTIS *v.* HUMPHREY, WARDEN, 336 U. S. 921. Rehearing denied.

No. 334, Misc. IN RE MCADAM, 336 U. S. 902. Rehearing denied.

APRIL 4, 1949.

*Per Curiam Decisions.*

No. 476. WOODS, HOUSING EXPEDITER, *v.* DURR. ■

*Per Curiam:* The motion of the Solicitor General for remand of this case is granted. The judgment of the Court of Appeals is vacated and the cause is remanded to that court for consideration of the effect of § 209 of the Housing and Rent Act of 1947, 61 Stat. 193, 200, as amended by § 206 of the Act of March 30, 1949, 63 Stat. 18, 29, and the eviction regulations of the Housing Expediter issued pursuant thereto, 14 Fed. Reg. 1571. *Solicitor General Perlman* for petitioner. *J. H. Thayer Martin* for respondent. ■

No. 622. A/S J. LUDWIG MOWINCKELS REDERI ET AL. *v.* ISBRANDTSEN CO., INC. ET AL. ■

■ *Per Curiam:* The appeal is dismissed. *Roscoe H. Hupper* and *Burton H. White* for appellants. *John J. O'Connor* and *William L. McGovern* for appellees. ■